CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2013 APR 12 PM 4: 15

DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § | No. **3 - 13 CR - 131 - D** |
| CALIFCO, LLC (1)<br>JONATHAN ISAAC SHOKRIAN (2) | § § § | |

## INFORMATION

The United States Attorney for the Northern District of Texas charges:

## INTRODUCTION

**The Clean Air Act**

1.      The Clean Air Act (CAA) is a federal law enacted to protect and enhance the quality of the nation's air resources so as to promote the public health and welfare. Under the CAA, asbestos is classified as a hazardous air pollutant. Congress has found that medical science has established no minimum level of exposure to asbestos fiber that is considered safe for persons. *See* 20 U.S.C. § 3601(a)(3).

2.      The CAA authorizes the Environmental Protection Agency (EPA) to establish standards to prevent or limit the emission of hazardous air pollutants into the atmosphere. The EPA has enacted regulations under the CAA controlling the removal, handling, and disposal of asbestos. These federal asbestos regulations are commonly

**Information - Page 1**

known as the National Emissions Standards for Hazardous Air Pollutants (hereinafter referred to as "the federal asbestos regulations" or "NESHAP for asbestos").

3. The NESHAP for asbestos apply to any owner or operator of a renovation, demolition, or waste disposal activity in which the amount of regulated asbestos-containing material being removed is at least 260 linear feet on pipes, at least 160 square feet on other facility components, or at least 35 cubic feet once removed from any facility components.

4. The NESHAP for asbestos in effect at all times relevant to this Indictment provides, among other things, that owners and operators of regulated renovation, demolition, or waste disposal operations must comply with the following requirements:

a. The owner or operator of a renovation, demolition, or waste disposal activity must adequately wet all regulated asbestos-containing material and ensure that it remains wet until collected and contained or treated in preparation for disposal.

b. The owner or operator of a renovation, demolition, or waste disposal activity must adequately wet and seal all regulated asbestos-containing material in leak-proof containers or wrapping.

c. The owner or operator of a renovation, demolition, or waste disposal activity must label containers of regulated asbestos-containing waste materials with the name of the waste generator and the location at which the waste was generated.

**Information - Page 2**

d.    The owner or operator of a renovation, demolition, or waste disposal activity must deposit all regulated asbestos-containing waste materials as soon as practicable at an authorized disposal or recycling facility.

5.    The term "regulated asbestos-containing material" includes any material that contains more than 1% asbestos and is: a) "friable," meaning that it can be crumbled, pulverized, or reduced to powder by hand pressure when dry; b) "nonfriable" – meaning that it cannot be crumbled, pulverized, or reduced to powder by hand pressure when dry – but will be or has been subjected to sanding, grinding, cutting, or abrading; and c) nonfriable but has become, or has a high probability of becoming, friable during demolition, renovation, or waste disposal operations.

**General Allegations**

6.    **Califco, LLC** is a California corporation with its principal place of business in Beverly Hills, California. **Califco**'s Texas office is located at 1625 North Story Road #168 in Irving, Texas.

7.    During all times relevant to this Indictment, the defendant, **Jonathan Isaac Shokrian**, was **Califco**'s Regional Director, with oversight of the business's operations in Texas.

8.    **Califco** owns and operates several commercial properties in the Dallas area, including Plymouth Park Shopping Center, located at 1735 North Story Road in Irving, Texas, and Crest Plaza Shopping Center, located on South Lancaster Road in Dallas, Texas.

Information - Page 3

9.      In 2008, **Shokrian** authorized an asbestos abatement of a old movie theater in the Crest Plaza Shopping Center.  The abatement, which was conducted by a specialized contractor in compliance with all federal, state, and local regulations, cost approximately $100,000 by the time of its completion in or around October 2008.

10.     In or around November 2008, **Shokrian** decided to conduct a renovation of the abandoned former Fazio's department store in the Plymouth Park Shopping Center.  Rather than hiring a professional asbestos abatement contractor, **Shokrian** employed two day laborers to remove ceiling tile, floor tile and mastic from the Fazio's building, even though he knew that these materials contained asbestos.

11.     At **Shokrian's** instruction, **Califco** provided the day laborers with floor grinders, masks, respirators, hand equipment, and other tools to facilitate the removal of the asbestos-containing floor tile and mastic from the Fazio's building.  The masks and respirators **Califco** provided to the day laborers were not adequate to protect them from asbestos fiber.

12.     Paper was placed on the windows of the building, which obstructed the view from outside.

13.     From in or around November 2008, through in or around February 2009, under the management and supervision of **Shokrian**, the day laborers used the floor grinders and hand tools to remove the asbestos-containing floor tile and mastic from the Fazio's building.  The laborers placed the asbestos-containing floor tile and mastic in "roll off" dumpsters outside the building for removal to a city landfill.

**Information - Page 4**

14.     At no point during the removal of the asbestos-containing floor tile and mastic from the Fazio's building did **Shokrian** inform the day laborers or the on site **Califco**-employed maintenance worker, who reported to **Shokrian**, that there was asbestos in the tile and mastic being removed.  **Shokrian** also did not notify any of the other commercial tenants of the Plymouth Park Shopping Center that asbestos-containing materials were being removed from the Fazio's building.

15.     On or about February 13, 2009, through on or about February 27, 2009, under the supervision of **Shokrian**, the day laborers began using large amounts of gasoline to remove the remaining asbestos-containing floor tile mastic in the Fazio's building.

16.     On or about February 27, 2009, the Irving Fire Department responded to a call regarding the overwhelming smell of gasoline in the area around the Plymouth Park Shopping Center.  The Irving Fire Department ordered the evacuation of the shopping center and a portion of a nearby residential neighborhood due to concerns regarding the concentration of gasoline fumes in the Fazio's building.

[NO FURTHER INFORMATION ON THIS PAGE.]

<u>Count One</u>
Failure to Notify Under the Clean Air Act
(Violation of 42 U.S.C. § 7413(c)(2)(B))

17.    Paragraphs 1 through 13 of this Indictment are re-alleged and incorporated as though set forth in full herein.

18.    On or before the commencement of demolition, renovation, and waste removal activities which began in or around November 2008, in the Dallas Division of the Northern District of Texas, the defendants, **Jonathan Isaac Shokrian** and **Califco, LLC**, as the owner and operator of the facility at 1735 North Story Road in Irving, Texas, knowingly failed to provide or cause others to provide advance written notice to the Texas Department of State Health Services or the United States Environmental Protection Agency of, among other things, the intent to demolish, renovate, or remove waste, that is asbestos, from the facility, along with all other notice requirements pursuant to 41 C.F.R. § 61.145(b).

All in violation of 42 U.S.C. § 7413(c)(2)(B).

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

ERRIN MARTIN
Assistant United States Attorney
Texas State Bar No. 24032572
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214.659.8600
Facsimile:  214.659.8812
Email:     Errin.Martin@usdoj.gov

**Information - Page 6**