IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No 3 - 13 CR - 1 3 1 - D |
| | § | |
| JONATHAN ISAAC SHOKRIAN | § | |

## WAIVER OF INDICTMENT

Jonathan Isaac Shokrian, the defendant, has been informed that a one count felony information has been filed which accuses the defendant of committing a violation of 42 U.S.C. § 7413(c)(2)(B), that is, Failure to Notify Under the Clean Air Act.

Defendant Shokrian, being advised of the nature of the above charge and the proposed felony information, understands the following:

1.    The defendant has the right to have his case presented to a Federal Grand Jury;

2.    The Grand Jury must consist of citizens of the Northern District of Texas, and the Grand Jury must consist of not more than 23 nor less than 16 citizens, 12 of whom must vote in favor of an indictment before such an indictment is returned or "true billed";

3.    In order to return a "true bill" of indictment, the Grand Jury must find from the evidence presented that there is probable cause to believe that a federal

**Waiver of Indictment - Page 1**

offense has been committed and that the defendant committed that federal

offense;

4.    The defendant may waive or give up his right to have his case presented to

the Grand Jury;

5.    The defendant has discussed the right to waive or give up having his case

presented to the Grand Jury with his lawyer and his lawyer has fully

explained the consequences of waiving this right.

After consultation with counsel, Defendant Shokrian hereby voluntarily,

knowingly and intelligently waives now and agrees to later waive in open court his right

to have his case presented to a Federal Grand Jury and consents that the prosecution may

proceed by information rather than by indictment.


Signed this the _4_ day of ___April___, 2013.



_____
Jonathan Isaac Shokrian
Defendant


_____
Richard Roper
Attorney for Defendant



**Waiver of Indictment - Page 2**