IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2013 APR 12 PH 4:15

DEPUTY CLERK_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. |
| | § | 3-13 CR-131-D |
| JONATHAN ISAAC SHOKRIAN (2) | § | |

## FACTUAL RESUME

In support of the defendant's plea of guilty to the offense in Count One of the Information charging a violation of 42 U.S.C. § 7413(c)(2)(B), that is, Failure to Notify Under the Clean Air Act, Jonathan Isaac Shokrian, and his counsel, Richard Roper, stipulate and agree to the following:

1.     Elements of the Offense:   In order to prove a violation of 42 U.S.C. § 7413(c)(2)(B) as alleged in the Information, the government must prove each of the following elements beyond a reasonable doubt:

First:          That the defendant is a person as defined in 42 U.S.C. § 7602(e);

Second:     That the defendant acted knowingly; and

Third:        That the defendant failed to provide written notification the Texas Department of State Health Services or the United States Environmental Protection Agency of, among other things, the intent to demolish, renovate, or remove waste, that is asbestos, from the facility, as required by the Clean Air Act.

Factual Resume - Page 1

2.      Stipulated Facts: The stipulated facts that support the defendant's plea of guilty to Count One of the Information are as follows:

a.      Defendant Califco, LLC ("Califco") is a California corporation with its principal place of business in Beverly Hills, California. Elias Shokrian is the President of Califco. Califco's Texas office is located at 1625 North Story Road #168 in Irving, Texas. Califco managed several properties in the Dallas area, including Plymouth Park Shopping Center, located at 1735 North Story Road in Irving, Texas, and Crest Plaza Shopping Center, located on South Lancaster Road in Dallas, Texas. Elias Shokrian's son is defendant Jonathan Issac Shokrian.

b.      During all relevant times, Jonathan Shokrian was a full-time undergraduate student at Southern Methodist University. Jonathan Shokrian also assisted his father in Califco's business operations in Texas, serving as Califco's Regional Director. Elias Shokrian hired B. M. as Califco's Director of Development, which involved supervision of construction and renovation, including oversight on asbestos abatement work. In 2008, Califco, Jonathan Shokrian and B. M. contracted with a specialized asbestos abatement contractor to remove asbestos from an old movie theater in the Crest Plaza Shopping Center. The abatement, conducted in compliance with all federal, state, and local regulations, and was completed in or around October 2008.

c.      Califco also managed the Plymouth Park Parking Center located in Irving, Texas, including a vacant two-story building that housed a former Fazio's department

Factual Resume - Page 2

store. The store had been vacant for many years and was in poor condition. In August 2008, burglars entered the former Fazio's through the roof leaving a large opening. Subsequently severe rain damage caused ceiling tiles and debris to litter the premises. The water damage caused most of the floor tiles to buckle.

d. After fixing the roof, Jonathan Shokrian made plans to clean up the leftover debris that accumulated in the space over the years and remove the buckled floor tiles. Jonathan Shokrian consulted with B. M., who informed Jonathan Shokrian the floor contained non-friable asbestos. Based on conversations with B.M. and in order to save money, Jonathan Shokrian employed two day laborers to remove ceiling tile, and floor tile and mastic from the Fazio's building, even though he knew that these materials contained asbestos. Jonathan authorized a Califco employee to rent the equipment needed and buy the best masks, respirators, and other tools to facilitate the cleanup of and removal of asbestos-containing material from the Fazio's building. The masks and respirators Califco, LLC provided to the day laborers were not adequate to protect them from asbestos fiber. Jonathan Shokrian would occasionally enter the work space without a mask to monitor the progress of the work.

e. From in or around November 2008, through February 27, 2009, these two day laborers removed the debris, tile and mastic. Jonathan Shokrian consulted with B. M., and B. M. visited the former Fazio's building prior to starting and during the cleanup of the building. The day laborers used floor grinders and hand tools to remove the asbestos-

containing floor tile and mastic from the Fazio's building. The laborers placed the asbestos-containing floor tile and mastic in "roll off" dumpsters outside the building for removal to a city landfill. At no point during the removal of the asbestos-containing floor tile and mastic from the Fazio's building did Jonathan Shokrian or B. M. inform the day laborers or the on site Califco-employed maintenance worker that there was asbestos in the tile and mastic being removed. Jonathan Shokrian and B. M. also failed to notify any of the other commercial tenants of the Plymouth Park Shopping Center that asbestos-containing materials were being removed from the Fazio's building. Neither Jonathan Shokrian, B. M. nor Califco notified the Environmental Protection Agency ("EPA") and the Texas Department of State Health Services of plans to remove the asbestos tile and mastic. Jonathan, Ginley, and Califco further failed to follow these agencies' regulations in removing the asbestos tile and mastic.

f.    After the workers discovered that gasoline would quickly dissolve the mastic, they informed Jonathan Shokrian about the effectiveness of using gasoline. On or about February 13, 2009, through on or about February 27, 2009, under the supervision of Shokrian, the day laborers began using large amounts of gasoline to remove the remaining asbestos-containing floor tile mastic in the Fazio's building. On or about February 27, 2009, the Irving Fire Department responded to a call regarding the overwhelming smell of gasoline in the area around the Plymouth Park Shopping Center. The Irving Fire Department ordered the evacuation of the shopping center and a portion

Factual Resume - Page 4

of a nearby residential neighborhood due to concerns regarding the concentration of gasoline fumes in the Fazio's building.

g.      On or before the commencement of demolition, renovation, and waste removal activities which began in or around November 2008, in the Dallas Division of the Northern District of Texas, the defendant, Jonathan Isaac Shokrian acting as an agent of defendant Califco, LLC, and as the owner and operator of the facility at 1735 North Story Road in Irving, Texas, formerly known as Fazio's, knowingly failed to provide or cause others to provide advance written notice to the Texas Department of State Health Services or the United States Environmental Protection Agency of, among other things, the intent to remove waste, that is, asbestos, from the facility, along with all other notice requirements pursuant to 41 C.F.R. § 61.145(b), in violation of  42 U.S.C. § 7413(c)(2)(B).

[Nothing Further On This Page].

Factual Resume - Page 5

AGREED to and SIGNED this __9__ day of ~~March~~ April, 2013.

SARAH R. SALDAÑA
UNITED STATES ATTORNEY


_____
JONATHAN ISAAC SHOKRIAN
Defendant


_____
ERRIN MARTIN
Assistant United States Attorney
Texas State Bar No. 24032572
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214.659.8600
Facsimile:  214.767.4104
Email: Errin.Martin@usdoj.gov


_____
RICHARD B. ROPER
Attorney for Defendant
Texas Bar No. 17233700


Factual  Resume - Page 6