IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | Criminal No. 3:13-CR-131-D (02) |
| | § | |
| JONATHAN ISAAC SHOKRIAN, | § | |
| | § | |
| Defendant. | § | |

<u>SENTENCING SCHEDULING ORDER</u>

The probation officer must furnish the presentence report ("PSR") to the court, the defendant, defendant's counsel, and the attorney for the government before August 9, 2013 at noon.  The court will sentence the defendant on Friday, September 27, 2013 at 9:00 a.m.

Within 14 days after receipt of the PSR, the parties must deliver to the court, the probation officer, and the opposing party their objections, if any, to the PSR, or a statement that the party adopts the PSR.  Objections must be set forth in writing and must identify the specific paragraph or part of the paragraph in the PSR to which objection is made.

No later than 15 days before the date of sentencing, the probation officer must furnish to the court, the defendant, defendant's counsel, and the attorney for the government any revisions or addendum to the PSR.

No later than 7 days before the sentencing date, the parties must deliver to the court, the probation officer, and the opposing party any objections to the addendum.  Objections must be set forth in writing and must identify the specific paragraph or part of the paragraph in the addendum to which objection is made.

All other written materials *(e.g.*, character or other supporting letters or sentencing memoranda) submitted on behalf of the defendant must be submitted to the court no later than 14 days after the defendant receives the PSR.

In any case in which 18 U.S.C. §§ 3663-64 apply, no later than 5 days from the date of this order, the attorney for the government must provide to the probation officer all information that the officer needs to comply with crime victim restitution requirements.

If, during the PSR investigation, it is determined that Texas Youth Commission ("TYC") records are needed, the court orders the TYC to release these records to the probation officer assigned to prepare the PSR, acting in the performance of the officer's official duties pursuant to Fed. R. Crim. P. 32.  The specific records that are to be released include documents pertaining to the defendant's social history, court disposition records, substance abuse treatment records, psychological evaluations, other mental health treatment records, educational records, general health records, adjustment while incarcerated records, and release dates from the TYC.

**SO ORDERED**.

June 7, 2013.

SIDNEY A. FITZWATER
CHIEF JUDGE