United States District Court
Northern District of Texas
Office of the Clerk
Dallas Division

USA

vs

Shockrian, Jonathan Issac

Case Number: 3:13-CR-131-D

## Receipt of Passport

The deputy clerk below acknowledges receipt of the following Passport.

Identfication Number: 220372797 USA

Tendered by: Defendant's Attorney

For the Benefit of: Jonathan Issac Shokrian

Description: Passport

Karen Mitchell
Clerk of Court

Doug Thornton, Deputy Clerk
Date: 06/07/2013