IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:13-cr-00131-D |
| | § | |
| CALIFCO, LLC (1) | § | |
| JONATHAN ISAAC SHOKRIAN   (2) | § | |
| | § | |
| Defendants | § | |

## DEFENDANTS' UNOPPOSED MOTION AND BRIEF
## TO CONTINUE SENTENCING HEARING

The defendants in the above-entitled and numbered cause file this motion to continue the sentencing scheduled for September 27, 2013, and would show the Court as follows:

## I.      Background

This matter is an environmental criminal case involving asbestos abatement.  On June 13, 2013, the defendants Califco, LLC ("Califco") and Jonathan Shokrian ("Shokrian") pleaded guilty to a single-count information, which charged the defendants with violating the Clean Air Act by failing to give written notification to state environmental regulators of intent to remove asbestos.  *See* 42 U.S.C. § 7413(c)(2)(B). (Doc. 1, at 6; Doc. 5, at 1; PSR, at 3)  That same day, Shokrian was allowed to remain on release pending sentencing set for September 27, 2013.  The court also set certain dates for the filing of sentencing related material, including the filing of the presentence report ("PSR").  The PSR was to be filed on August 9, 2013. (Doc. 17, at 1)  Based on agreement of the parties, the time period to file the PSR was extended, and the PSR was filed on August 26, 2013. (Doc. 23-1)  Under the sentencing scheduling order, objections

Defendants' Motion and Brief to Continue Sentencing Hearing-    1
518518 000002 7722403.1

to the PSR, sentencing memorandum and character letters are now due to be filed by September 9, 2013. (Doc. 17, at 1)

## II.      Request

The defendants request that the court continue the sentencing hearing in this matter from the current setting of September 27, 2013 for 60 days.

## III.      Argument and Authorities

The defendants request this continuance to further prepare to respond to objections in the PSR.  First, in light of the filing of the PSR on August 26, 2013, the defendants need additional time to prepare to respond to the PSR before sentencing on September 27, 2013. *See* Fed. R. Crim. P. 32(e)(2)(Defendant entitled to 35 days to prepare for sentencing after receipt of PSR); USSG §6A1.2(a)(same).  Second, the Probation Office has several proposed guideline enhancements under USSG §2Q1.2(b) that will require additional time for the defendants to prepare an adequate response. For instance, the Probation Office has suggested that the asbestos clean-up and the use of gasoline to pull off mastic glue resulted in a substantial likelihood of death or serious bodily injury that endangered the public health, proposing a nine-level guideline increase under USSG §2Q1.2(b)(2). (Doc. 23-1, at 11)  The defendants request time to engage an expert to prepare to adequately respond to this proposed enhancement as well as other guideline issues.

This motion is not made in an attempt to unduly delay the proceedings in this case. Neither side will be prejudice by the 60-day or more delay in the sentencing proceeding. Defendant Shokrian, a life-long resident of California, has not had any issues

while on bond.  He is neither a flight risk nor danger to the community.  Defendant Shokrian is not involved in the business that led to the Clean Air Act charge.

In addition to grounds under Fed. R. Crim. P. 32(e)(2), the defendants submit that good cause exists to justify a continuance in this matter under Fed. R. Crim. P. 32(b)(2) for at least 60 days. The court has wide discretion to grant a continuance on grounds of fairness to the defendants in consideration of the court's calendar. *United States v. Gonzalez–Lopez*, 548 U.S. 140, 151–52, 126 S.Ct. 2557 (2006).  The defendants respectfully request additional time to prepare to respond to the PSR and the sentencing hearing in this matter.

WHEREFORE, premises considered, the defendants request that the Court continue sentencing from its current setting of September 27, 2013, for at least two months.

Respectfully submitted,

/s/ Richard B. Roper
Richard B. Roper
Texas Bar No. 01723370
**THOMPSON & KNIGHT LLP**
1722 Routh Street, Suite 1500
Dallas, TX 75201
Tel: (214) 969-1700
Fax: (214) 969-1751
**ATTORNEY FOR DEFENDANTS**

## CERTIFICATE OF CONFERENCE

On September 3, 2013, I have conferred with government counsel AUSA Errin Martin, who indicated that the government would not oppose this motion.

/s/ Richard B. Roper
Richard B. Roper

## CERTIFICATE OF SERVICE

On September 3, 2013, I electronically submitted the foregoing document with the clerk of the court of the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served the U.S. Probation Officer, all counsel of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2), and the probation officer assigned to the case.

/s/ Richard B. Roper
Richard B. Roper