IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| V. | § | CRIMINAL NO. 3:13-CR-00131-D |
| JONATHAN ISAAC SHOKRIAN (2) | § | |

## ENTRY OF APPEARANCE AS CO-COUNSEL OF RECORD

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

I hereby enter my appearance as co-counsel for the above-named Defendant in this cause. Richard Roper remains lead counsel.

I understand that it is my duty to continue to represent the named Defendant in connection with all proceedings therein in this Court; to assist him with any appeal which he desires to perfect, and to represent him on appeal until a final judgment has been entered; unless and until, after written motion filed by me, I am relieved by Order of the Court.

Respectfully submitted,

BURLESON, PATE & GIBSON, L.L.P.

*/s/ Michael P. Gibson*

_____
MICHAEL P. GIBSON
TEXAS BAR CARD NO. 07871500

900 Jackson Street, Suite 330
Dallas, Texas  75202
Telephone:  (214) 871-4900
Facsimile:  (214) 871-7543
Email: mgibson@bp-g.com

CO-COUNSEL FOR DEFENDANT
JONATHAN ISAAC SHOKRIAN

**ENTRY OF APPEARANCE AS CO-COUNSEL OF RECORD - Page 1**

CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing motion was delivered to Errin Martin, Esq., the Assistant United States Attorney in charge of this case, 1100 Commerce Street, 3rd Floor, Dallas, TX 75242, on this the 18th day of September, 2013.

*/s/ Michael P. Gibson*

_____

MICHAEL P. GIBSON