IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

_____

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| Plaintiff, | § § | |
| v. | § § | No. 3:13-cr-00131-D |
| CALIFCO, LLC (1) | § § | |
| JONATHAN ISAAC SHOKRIAN   (2) | § § | |
| Defendants | § § | |

## **<u>ORDER</u>**

Came on to be considered the unopposed motion filed by the defendants, Califco,

LLC and Jonathan Isaac Shokrian (Doc. 27), requesting that the Court extend until

October 21, 2013, time to file objections to the Presentence Report.  The Court is of the

opinion that the motion is well taken and GRANTS the same for the reasons stated in the

defendants' motion.

It is the ORDER of the Court that objections to the Presentence Report should be

filed on or before October 21, 2013.

SIGNED: _____

_____
SIDNEY A. FITZWATER
CHIEF UNITED STATES DISTRICT JUDGE