IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| V. | § | CRIMINAL NO. 3:13-CR-00131-D |
| JONATHAN ISAAC SHOKRIAN (2) | § | |

### DEFENDANT'S MOTION FOR CONTINUANCE OF SENTENCING DATE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the Defendant, JONATHAN ISAAC SHOKRIAN, and file this his Motion for Continuance of the November 22, 2013 sentencing date and related deadlines. In support of said motion, the Defendant would show unto the Court as follows:

I.

The above-styled and numbered cause is currently set for sentencing for November 22, 2013. Objections to the Presentence Report and the Sentencing Memorandum and materials in support are due on October 21, 2013.

II.

Undersigned counsel entered his appearance as co-counsel on behalf of Defendant Shokrian on September 18, 2013. Undersigned counsel has been working diligently since filing his Entry of Appearance to get command of the facts of the case and the issues involved in preparing for sentencing.

Undersigned counsel met with the Assistant United States Attorney and Agents on September 27, 2013 to go over certain matters including actions we intended to take and complete prior to sentencing. The meeting was cordial and questions were fully answered and discussed by all parties.

**DEFENDANT'S MOTION FOR CONTINUANCE OF SENTENCING DATE - Page 1**

Subsequent to that meeting it became clear to undersigned counsel that some of the actions which were discussed will not be completed in time to be presented to the Court for consideration prior to sentencing. This material and information is very important to the Defendant and is important for the Court to have before it for consideration in sentencing this Defendant.

In addition, there is a significant amount of researching and preparation for preparing the objections to the Presentence Report; along with the preparation of a sentencing memorandum for consideration by the Court. Both undersigned counsel and lead counsel, Mr. Richard Roper, are working together to complete everything and to be prepared for sentencing. However, this additional time is essential for us to be prepared for sentencing.

In addition, both counsel are also preparing for a jury trial set to begin on December 2, 2013 before the Honorable Barbara M.G. Lynn in Cause No. 3:13-CR-065-M; *United States of America v. Jiten Nanda, et al*. This is a multi-Defendant complex case involving allegations of immigration fraud.

### III.

The Defendant has been under pretrial supervision since he entered his plea and has been fully compliant with all conditions of release.

### IV.

The Government will not be prejudiced by the granting of this motion to continue sentencing.

### V.

Therefore, in order to have adequate time to respond to the Defendant's Presentence Report and to prepare and finalize a Sentencing Memorandum and materials in support of it and to complete other matters to present to the Court for its consideration, the Defendant respectfully requests that this Honorable Court reschedule the sentencing hearing date from November 22, 2013 to February

28, 2014 or later.  This February 28, 2014 date is requested based on conflicting schedule of the Defendants' counsel and the Government's conflicting schedules.  That is a date agreeable to the Government if the Court grants this Motion for Continuance.  The Defendant also requests that all of the deadlines set forth in the September 19, 2013 Order (Document 28) be extended as well to accommodate a new sentencing hearing date.

VI.

The Government, through Assistant United States Attorney Errin Martin, opposes the granting of this Motion.

VII.

This Motion is not made for purposes of delay, but only in order that justice may be done.

WHEREFORE, PREMISES CONSIDERED, the Defendant respectfully requests this Honorable Court to reschedule the sentencing hearing to February 28, 2014 or later as well as reset all deadlines to accommodate the new sentencing date.

Respectfully submitted,

BURLESON, PATE & GIBSON, L.L.P.

*/s/ Michael P. Gibson*

_____
MICHAEL P. GIBSON
Texas Bar Card 07871500

900 Jackson Street, Suite 330
Dallas, Texas 75202
Telephone:  (214) 871-4900
Facsimile:  (214) 871-7543
Email: mgibson@bp-g.com

COUNSEL FOR DEFENDANT
JONATHAN ISAAC SHOKRIAN

CERTIFICATE OF CONFERENCE

This is to certify that on the 9th day of October, 2013 undersigned counsel conferred with Errin Martin, Assistant United States Attorney in charge, and is authorized to state that the Government opposes the granting of this Motion.

*/s/ Michael P. Gibson*

_____

MICHAEL P. GIBSON

CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing motion was delivered by ECF filing to Errin Martin, Assistant United States Attorney, 1100 Commerce, 3rd floor, Dallas, TX 75242, on this the 11th day of October, 2013.

*/s/ Michael P. Gibson*

_____

MICHAEL P. GIBSON