IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:13-cr-00131-D |
| | § | |
| CALIFCO, LLC (1) | § | |
| | § | |
| Defendant | § | |

### DEFENDANT CALIFCO'S MOTION AND BRIEF
### TO CONTINUE SENTENCING HEARING

The defendant Califco, LLC. in the above-entitled and numbered cause file this motion to continue the sentencing scheduled for September 27, 2013 and time to file objections to the presentence report and related deadlines, and would show the Court as follows:

### I.      Background

This matter is an environmental criminal case involving asbestos abatement.  On June 13, 2013, the defendants Califco, LLC ("Califco") and Jonathan Shokrian ("Shokrian") pleaded guilty to a single-count information, which charged the defendants with violating the Clean Air Act by failing to give written notification to state environmental regulators of intent to remove asbestos.  *See* 42 U.S.C. § 7413(c)(2)(B). (Doc. 1, at 6; Doc. 5, at 1; PSR, at 3)  That same day, Shokrian was allowed to remain on release pending sentencing set for September 27, 2013.  The court also set certain dates for the filing of sentencing related material, including the filing of the presentence report ("PSR").  The PSR was to be filed on August 9, 2013. (Doc. 17, at 1)  Based on agreement of the parties, the time period to file the PSR was extended, and the PSR was

filed on August 26, 2013. (Doc. 23-1)  Under the sentencing scheduling order, objections to the PSR, sentencing memorandum and character letters were due to be filed by September 9, 2013. (Doc. 17, at 1)  Based on the motions of the defendants, the court continued the sentencing hearing until November 25, 2013 (Doc. 25), and reset time to file objections to the PSR until October 21, 2013 (Doc. 28).

## II.    Request

The defendant Califco joins in defendant Shokrian's motion to continue sentencing hearing until February 28, 2013 or later, and re-set the time to file objections to the presentence report and related presentencing deadlines accordingly.

## III.    Argument and Authorities

The defendant Califco adopts the reasoning set forth in defendant Shokrian's motion for continuance in support of his request for additional time (Doc. 29).   This motion is not made in an attempt to unduly delay the proceedings in this case. Neither side will be prejudice by the delay in the sentencing proceeding. Defendant Shokrian, a life-long resident of California, has not had any issues while on bond.  Shokrian is neither a flight risk nor danger to the community.  Defendant Shokrian is not now involved in the business that led to the Clean Air Act charge.  Defendant Califco, LLC.  is also not a continuing danger to the community.

In addition to grounds under Fed. R. Crim. P. 32(e)(2), the defendants submit that good cause exists to justify a continuance in this matter under Fed. R. Crim. P. 32(b)(2). The court has wide discretion to grant a continuance on grounds of fairness to the defendants in consideration of the court's calendar. *United States v. Gonzalez–Lopez*, 548

U.S. 140, 151–52, 126 S.Ct. 2557 (2006).  The defendants respectfully request additional time to prepare to respond to the PSR and the sentencing hearing in this matter.

WHEREFORE, premises considered, the defendants request that the Court continue sentencing from its current setting until February 28, 2013 or later, and re-set the time to file objections to the presentence report and related presentencing deadlines.

Respectfully submitted,

/s/ Richard B. Roper
Richard B. Roper
Texas Bar No. 01723370
**THOMPSON & KNIGHT LLP**
1722 Routh Street, Suite 1500
Dallas, TX 75201
Tel: (214) 969-1700
Fax: (214) 969-1751

**ATTORNEY FOR DEFENDANTS**

## CERTIFICATE OF CONFERENCE

On October 9, 2013, co-counsel, Mike Gibson has conferenced with government counsel AUSA Errin Martin, who indicated that the government would oppose this motion.

/s/ Richard B. Roper
Richard B. Roper

## CERTIFICATE OF SERVICE

On October 12, 2013, I electronically submitted the foregoing document with the clerk of the court of the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served the U.S. Probation Officer, all counsel of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2), and the probation officer assigned to the case.

/s/ Richard B. Roper
Richard B. Roper