IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

_____

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| Plaintiff, | § § | |
| v. | § § | No. 3:13-cr-00131-D |
| CALIFCO, LLC (1) | § § | |
| JONATHAN ISAAC SHOKRIAN    (2) | § § | |
| Defendants | § § | |

## ORDER

Came on to be considered the motions filed by the defendants, Jonathan Isaac Shokrian and Califco, LLC (Docs. 29 & 30), requesting that the Court continue the sentencing hearing in this matter until February 28, 2013 or later.  The defendants also request that the Court continue the time to file objections to the presentence report ("PSR") and related deadlines.  The Court is of the opinion that the motion is well taken and GRANTS the same for the reasons stated in the defendants' motions.

It is the ORDER of the Court that the sentencing hearing in this matter set for November 25, 2013 is hereby VACATED.  The sentencing hearing in this mater will be reset until _____.

On _____, the parties must deliver to the court, the probation officer, and the opposing party their objections, if any, to the PSR, or a statement that the party adopts the PSR. Objections must be set forth in writing and must identify the specific paragraph or part of the paragraph in the PSR to which objection is made.

1

No later than 15 days before the date of sentencing, the probation officer must furnish to the court, the defendant, defendant's counsel, and the attorney for the government any revisions or addendum to the PSR.

No later than 7 days before the sentencing date, the parties must deliver to the court, the probation officer, and the opposing party any objections to the addendum. Objections must be set forth in writing and must identify the specific paragraph or part of the paragraph in the addendum to which objection is made.

 All other written materials (e.g., character or other supporting letters or sentencing memoranda) submitted on behalf of the defendant must be submitted to the court no later than 14 days after the defendant receives the PSR.

**SO ORDERED.**

_____.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE