**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| United States of America | § | |
| *Plaintiff* | § | |
| | § | |
| | § | |
| v. | § | Case No. 3:13-CR-00131-D-2 |
| | § | |
| | § | |
| Jonathan Isaac Shokrian | § | |
| *Defendant* | § | |

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

**I.**    Applicant is an attorney and a member of the law firm of (or practices under the name of)

Stephen L. Joseph                                                                    , with offices at

11693 San Vicente Blvd. #150
(Street Address)

Los Angeles                                    CA                    90049
(City)                                         (State)              (Zip Code)

(310) 266-6662                              .
(Telephone No.)

**II.**    Applicant will sign all filings with the name Stephen L. Joseph                          .

*OPTIONAL:* Applicant wants this form to serve as applicant's registration for electronic case filing and

consents under FED.R.CIV.P. 5(b) to accept service electronically at the following e-mail address:

sljoseph@earthlink.net                                      .
(E-mail Address)

**III.**    Applicant has been retained personally or as a member of the above-named firm by:
(List All Parties Represented)

Defendant Jonathan Isaac Shokrian

to provide legal representation in connection with the above-styled matter now pending before the United
States District Court for the Northern District of Texas.

IV.    Applicant is a member in good standing of the bar of the highest court of the state of

California_____, where Applicant regularly practices law.

Bar license number: 189234_____    Admission date: June 13, 1997_____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., the State Bar of Texas).**

For Court Use Only.
Bar Status Verified:

_____

V.    Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| US Dist. Ct., Northern and Cent Dist. Cal | 1990s or early 2000s | Active |
| US Dist. Ct. District of Columbia | 1980s | Active |
| District of Columbia | 1980 | Active |
| Maryland | Late 1980s or early 1990s | Inactive |

VI.    Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

VII.    Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

VIII.    Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

IX.    Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:            Case No. And Style:

(If necessary, attach statement of additional applications.)

X.    Local counsel of record associated with Applicant in this matter is

Richard B. Roper, III _____ who has offices at

1722 Routh Street, Suite 1500 _____
(Street Address)

Dallas _____    TX _____    75201 _____
(City)                                   (State)          (Zip Code)

(214) 969-1210 _____.
(Telephone No.)

XI.    Check the appropriate box below.

For Application in a **Civil Case**

☐  Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

☒  Applicant has read and will comply with the local criminal rules of this court.

XII.    Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $25.00 filing fee, on this the 21 day of November , 2013 .

Stephen L. Joseph _____
Printed Name of Applicant

_____
Signature

# THE STATE BAR
# OF CALIFORNIA

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA  94105-1617                    TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

November 12, 2013

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, STEPHEN LAURENCE JOSEPH, #189234 was admitted to the practice of law in this state by the Supreme Court of California on June 13, 1997; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; that the public record states that information has been provided pursuant to Business and Professions Code section 6086.1(c); and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

J. Robert McPhail
Custodian of Membership Records