IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| V. | § | CRIMINAL NO. 3:13-CR-00131-D |
| JONATHAN ISAAC SHOKRIAN (2) | § | |

**DEFENDANT'S UNOPPOSED MOTION TO EXTEND
DEADLINE TO FILE OBJECTIONS TO PRESENTENCE REPORT**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the Defendant, JONATHAN ISAAC SHOKRIAN, and files this his Unopposed Motion to Extend Deadline to File Objections to Presentence Report. In support of said motion, the Defendant would show unto the Court as follows:

I.

The Defendant is currently set for sentencing on February 28, 2014.

II.

Undersigned counsel for the Defendant believes that objections to the Presentence Report are due on or about January 31, 2014. Undersigned counsel has been diligently working on the objections. However, undersigned counsel has also been preparing for a jury trial that began on January 27, 2014 before the Honorable Barbara M.G. Lynn in Cause No. 3:12-CR-00211-M; *United States of America v. Lisa L. Hollier* (3). Undersigned counsel expects the trial to last the week of January 27, 2014. The Defendant respectfully requests a seven (7) day extension in order to file his objections to the Presentence Report to February 7, 2014.

While there is other counsel for the Defendant, it is undersigned counsel's responsibility to prepare and file the objections to the Presentence Report. The other counsel has other responsibilities.

The Defendant does not anticipate the granting of the extension to impact the sentencing date.

### III.

The Government, through Assistant United States Attorney Errin Martin, does not oppose the granting of this motion. The Defendant does not object to any extension of time by the Government to respond.

WHEREFORE, PREMISES CONSIDERED, the Defendant respectfully requests that this Honorable Court grant this motion to extend the objections to the Presentence Report deadline to February 7, 2014.

Respectfully submitted,

BURLESON, PATE & GIBSON, L.L.P.

*/s/ Michael P. Gibson*

_____
MICHAEL P. GIBSON
Texas Bar Card 07871500

900 Jackson Street, Suite 330
Dallas, Texas 75202
Telephone: (214) 871-4900
Facsimile: (214) 871-7543
Email: mgibson@bp-g.com

COUNSEL FOR DEFENDANT
JONATHAN ISAAC SHOKRIAN

## CERTIFICATE OF CONFERENCE

This is to certify that undersigned counsel conferred with Errin Martin, Assistant United States Attorney, and is authorized to state that the Government does not oppose this motion.

*/s/ Michael P. Gibson*

_____
MICHAEL P. GIBSON

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing motion was delivered by ECF filing to Errin Martin, the Assistant United States Attorney in charge of this case, 1100 Commerce, 3rd floor, Dallas, TX 75242, on this the 27th day of January, 2014.

*/s/ Michael P. Gibson*

_____
MICHAEL P. GIBSON

**UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE OBJECTIONS TO PRESENTENCE REPORT-Page 3**