IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

_____

UNITED STATES OF AMERICA                    §

V.                                          §            CRIMINAL NO. 3:13-CR-131-D

JONATHAN ISAAC SHOKRIAN (2)                 §

## ORDER

Defendant's unopposed motion to extend deadline to file objections to presentence report is

granted, and defendant's objections to the presentence report are now due no later than February 7,

2014.

**SO ORDERED**.

January 28, 2014.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE