United States District Court
Northern District of Texas
Office of the Clerk
Dallas

USA

vs

Shockrian, Jonathan Issac

Case Number: 3:13-CR-131-D

Release of Passport

This acknowledges the return of the Passport to U. S. Department of State.

Identification Number: 220372797 USA

For the benefit of: Jonathan Issac Shokrian

Description: Passport

U. S. Department of State, Receiving Party

Dated: 5/2/2014 1:55:52 PM

Karen Mitchell

Clerk of Court

Doug Thornton, Deputy Clerk

Dated: 5/2/2014 1:55:52 PM