IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:13-CR-00131-D |
| | § | |
| JONATHAN SHOKRIAN  (2) | § | |
| | § | |
| Defendant | § | |
| | § | |

**DEFENDANT SHOKRIAN'S MOTION AND BRIEF
TO AUTHORIZE INTERNATIONAL TRAVEL**

Jonathan Shokrian, defendant in the above-entitled and numbered cause, files this motion requesting that the Court expressly authorize the Probation Office to determine whether to grant the defendant's international travel or alternatively to grant him permission to travel to Israel from approximately April 1 to approximately April 15, 2015, and would show the Court as follows:

## I.
## Background

On February  28, 2014, the Court sentenced the defendant Jonathan Shokrian ("Shokrian") to a term of imprisonment of one year and a day followed by a one-year term of supervised release. (Doc. 54) The Court also imposed a $100 special assessment and a $25,000 fine.  The fine and special assessment have been paid.  Shokrian duly reported to prison as ordered by the Court.   Shokrian's supervised release began on approximately February 28, 2015. The Court imposed certain conditions of release for the supervision, including, the Standard Condition of Supervision One, which states that:

"the defendant shall not leave the judicial district without the permission of the court or probation officer." (Doc. 54, at 3)

## II.
## Request

Shokrian requests that the Court expressly grant to Shokrian's probation officer the express authority to approve Shokrian's request to travel internationally, or, in the alternative, to authorize his travel to Israel from approximately April 1 to approximately April 15, 2015 to celebrate Passover with his family,

## III.
## Argument and Authorities

Shokrian recently requested that his probation officer, Ms. Jennifer Soliz, located in the Central District of California, approve his travel to Israel from approximately April 1 to approximately April 15, 2015 to celebrate Passover with his family.  In addition, Shokrian requested international travel, from time to time, primarily related to his business, MeUndies, a underwear clothing company located in Los Angeles, California. Ms. Ruiz informed Shokrian that while she recognized that she could approve such travel, the policy in the Central District of California, Probation Office is that probation officers can not approve international travel without the expressed grant of authority by the Court to the Probation Officer to approve international travel or the approval of the Court for the specific travel requested.  As such, Shokrian requests that the Court either grant his probation officer authority to approve his international travel when requested, or approve his travel to Israel as requested.

Sufficient grounds exist to justify Shokrian's international travel.  While on pretrial release, Shokrian fully complied with all conditions of release.  He reported to

Defendant Shokrian's Motion and Brief to Authorize International Travel – Page 2
518518 000002 14482275.1

prison as ordered.  Since his release, Shokrian has also complied with his conditions of supervised release. Shokrian will not flee the jurisdiction of the Court or commit any crimes while on international travel.  His offense of conviction involved a guilty plea to a violation of the Clean Air Act, 42 U.S.C. § 7413(c)(2)(B), that is, the failure to notify authorities involving an asbestos cleanup. All in all, Shokrian believes that he will fully comply with his conditions of release even on international travel.

PREMISED CONSIDERED, Shokrian, therefore, prays that the Court enter an order expressly granting to Shokrian's probation officer the express authority to approve Shokrian's request to travel internationally, or, in the alternative, to authorize his travel to Israel from approximately April 1 to approximately April 15, 2015.

Respectfully submitted,

/s/ Richard B. Roper
Richard B. Roper
Texas Bar No. 01723370

**THOMPSON & KNIGHT LLP**
1722 Routh Street, Suite 1500
Dallas, TX 75201
Tel: (214) 969-1700
Fax: (214) 969-1751

**ATTORNEYS FOR JONATHAN  SHOKRIAN
DEFENDANT**

## CERTIFICATE OF CONFERENCE

I certify that I have communicated with Shokrian's Probation Officer, Jennifer Solis who has informed me that the policy in the Central District of California U.S. Probation Office is that probation officers could not approve international travel without the expressed grant of authority by the Court to the Probation Officer to approve international travel. Rather, she would defer to the Court on whether Shokrian's international travel should occur. In addition, I spoke with AUSA Errin Martin who informed me that she does not oppose Shokrian's travel to Israel as requested, but would otherwise oppose any further relief.

/s/ Richard B. Roper
Richard B. Roper

## CERTIFICATE OF SERVICE

On March 21, 2015, I electronically submitted the foregoing document with the clerk of the court of the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served the U.S. Probation Officer, all counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

/s/ Richard B. Roper
Richard B. Roper