IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION
_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:13-cr-00065-M |
| | § | |
| VIVEK SHARMA (4) | § | |
| | § | |
| Defendant | § | |
| | § | |

### DEFENDANT SHARMA'S UNOPPOSED MOTION AND BRIEF TO AUTHORIZE TRAVEL AND RELEASE PASSPORT

Vivek Sharma, defendant in the above-entitled and numbered cause, files this motion requesting that the Court authorize his to travel to India for three weeks and to release his passport for purposes of this international travel, and would show the Court as follows:

### I.
### Background

On February 20, 2013, the defendant Vivek Sharma ("Sharma") was charged with five others in count one of an indictment charging the offense of Conspiracy to Commit Immigration Fraud, in violation of 18 U.S.C. § 371, 8 U.S.C. §§ 1324(a)(l)(A)(iv) and 1324(a)(l)(B)(i); and in counts two through eleven with the offense of Wire Fraud, in violation of 18 U.S.C. § 1343. (Doc. 1)  The indictment allegations center on activities at a Carrolton, Texas technology company known as Dibon Solutions ("Dibon"), which is owned and operated by defendants Atul and Jiten Nanda.  (Doc., 1 at 1) The indictment alleges that Sharma worked as the Dibon office manager. (Doc. 1, at 5)

On February 27, 2013, the defendants were arrested.   All of the defendants were released on bond.

Sharma, who lives in West Palm Beach, Florida, was released by a United States magistrate judge in the Southern District of Florida on a $250,000 personal surety bond with Sharma's brother-in-law serving as a third-party surety (Doc. 5, at 25) (Conditions of Release attached as an Appendix to this motion as Exhibit One).  The magistrate judge ordered Sharma to surrender his passport and restricted Sharma's travel to the Southern District of Florida and the Northern District of Texas.  But, the magistrate judge authorized Sharma to travel "for business purposes" if Sharma provides 48-hour notice to the pretrial services officer. (Doc. 5, at 26)(see Appendix, at 2)  On April 10, 2013, Sharma surrendered his passport to the district clerk's office. (Doc. 77)

On March 26, 2014, a superseding indictment was returned charging Sharma and four of the other remaining defendants, in count one with the offense of Conspiracy to Commit Immigration Fraud, in violation of 18 U.S.C. § 371, 8 U.S.C. §§ 1324(a)(l)(A)(iv) and 1324(a)(l)(B)(i)); and in count two, with the offense of Conspiracy to Harbor Illegal Aliens, in violation of 8 U.S.C. §§ 1324(a)(l)(A)(v)(I) and 1324(a)(l)(B)(i)). On August 19, 2014, Sharma and two other defendants pleaded guilty to a superseding information charging a single offense of Aiding and Abetting Visa Fraud, in violation of 18 U.S.C. § 2 and 18 U.S.C. § 1546(a). (Doc. 106) The sentencing hearings of Sharma and  two other defendants have been continued by the Court until further notice. (Doc. 129)

II.
**Request**

Sharma requests permission to obtain his passport from the registry of the Court and travel to the County of India on a trip lasting approximately 22 days from January 10, 2015 through January 31, 2015. Sharma was born in India, and immigrated to the United States in 2000 on a h1B visa. His wife and daughter have also immigrated legally from India to live with Sharma. Sharma and his family have maintained legal status in the United States since entering the United States. Sharma is currently employed as a manager with a financial services holding company located in West Palm Beach, Florida. His company employs a staff in Bangalore and Mumbai, India. Sharma manages a team in Bangalore of approximately 100 employees. Also in Mumbai, Sharma works closely with several teams there. Sharma's employer has requested that Sharma travel to Bangalore and Mumbai, India for approximately two weeks to address company issues there. In addition, last year Sharma's father passed away. Sharma wishes travel in India for an additional week to New Delhi and surrounding areas to perform religious rituals relating to the death of his father. As noted above, Sharma would travel from South Florida on January 10, 2015 through January 31, 2015. Only Sharma will travel to India. His wife and 10-year old daughter will remain in the United States. Sharma would provide a specific itinerary with flight and other travel information to his pretrial services officer.

III.

Sharma will dutifully return to the United States following this trip.   His whole life at this point is in the United States.   His young daughter is in school in Florida and she receives special education for a learning disability.  He plans to appear at trial if called as a government witness and to appear at his sentencing.  He has not had any problems, thus far, in complying with the conditions of release imposed by the magistrate judge.   Based on the foregoing, Sharma requests permission to retrieve his passport from the registry of the District Clerk for travel to India for a period of approximately 22 days to attend to business on behalf of his company and to attend her religious rituals associated with the death of Sharma's father.

Sharma, therefore, prays that the Court enter an order authorizing the release of his passport and  his travel to India for an approximate period of 22 days from January 10, 2015 through January 31, 2015.

Respectfully submitted,

/s/ Richard B. Roper
Richard B. Roper
Texas Bar No. 01723370

**THOMPSON & KNIGHT LLP**
1722 Routh Street, Suite 1500
Dallas, TX 75201
Tel: (214) 969-1700
Fax: (214) 969-1751

**ATTORNEYS FOR VIVEK  SHARMA
DEFENDANT**

**CERTIFICATE OF CONFERENCE**

I certify that I have communicated with Sharma's Pretrial Services Officer, Kenneth H. Goldberg who has informed me that he does not oppose Sharma's travel. I have spoken with counsel for the government, Mr. Brandon Jaroch, who has informed me that does not oppose the granting of this motion.

/s/ Richard B. Roper
Richard B. Roper

**CERTIFICATE OF SERVICE**

On December 9, 2014, I electronically submitted the foregoing document with the clerk of the court of the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served the U.S. Probation Officer, all counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

/s/ Richard B. Roper
Richard B. Roper