IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Criminal No. 3:13-CR-131-D |
| VS. | § | |
| | § | |
| JONATHAN ISAAC SHOKRIAN (2), | § | |
| | § | |
| Defendant. | § | |

## ORDER

Defendant's March 21, 2015 motion to authorize international travel is granted, and defendant is authorized to travel to Israel from approximately April 1, 2015 to approximately April 15, 2015 to celebrate Passover with his family.

Additionally, the court grants defendant permission to travel internationally for business purposes, provided he first provides his probation officer reasonable notice of his travel request, provides the probation officer a copy of his travel itinerary, and obtains the probation officer's advance approval of the travel request.

**SO ORDERED**.

March 23, 2015.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE